Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Benjamin K. Hall** | : | Case No. 13−23285−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 154 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

*AND NOW,* this **7th day of February, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Benjamin K. Hall  
    Debtor

Case No. 13-23285-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Feb 07, 2017  
                        Form ID: 309      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
```
db              +Benjamin K. Hall,    109 Ivans Lane,    Tarentum, PA 15084-3903
14213710         Bank of America, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
13769330        +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
13704310         Comcast,    P.O. Box 3001,    Southeastern, PA 19398-3001
13704311        +Fawn-Frazier Joint Water Auth.,    326 Donnellville Road,    Natrona Heights, PA 15065-3015
13704313        +Glassmere Fuel Services,    P.O. Box 187,    Curtisville, PA 15032-0187
13687715        +KML Law Group, P.C.,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
                  Philadelphia PA 19106-1541
13704314        +Richard S. Adamik,    142 Callen Road,    Sarver, PA 16055-1304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13729536        +E-mail/Text: bncmail@w-legal.com Feb 08 2017 01:30:22     ALTAIR OH XIII, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13687714        +EDI: BANKAMER.COM Feb 08 2017 01:23:00      Bank of America, N.A.,
                  7105 Corporate Drive PTX C35,    Plano TX 75024-4100
13704312        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 08 2017 01:30:19      First Energy,
                  800 Cabin Hill Drive,    Greensburg, PA 15601-1650
13725448         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2017 01:30:11
                  Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                  Harrisburg P A 17128-0946
                                                                                              TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
          Michael S. Geisler    on behalf of Debtor Benjamin K. Hall m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```