IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| BENJAMIN K. HALL,<br>*Debtor* | Bankruptcy No. **13-23285-JAD** |
| | Related to Doc. No. 163 |
| BENJAMIN K. HALL,<br>*Movant,*<br>vs | |
| ALTAIR OH XIII, LLC, BANK OF AMERICA, N.A., COMCAST, FAWN-FRAZIER JOINT WATER AUTHORITY, FIRST ENERGY, GLASSMERE FUEL SERVICES, PENNSYLVANIA DEPARTMENT OF REVENUE, RICHARD S. ADAMIK, and RONDA J. WINNECOUR, TRUSTEE,<br>*Respondents* | |

**ORDER OF COURT**

AND NOW, this 22nd day of Feb, 2017, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the dismissal of this case is hereby reconsidered and vacated.

_____
Jeffery A. Deller
Chief Bankruptcy Judge (WDPA)

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
2/22/17 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-23285-JAD
Benjamin K. Hall                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr                Page 1 of 1            Date Rcvd: Feb 22, 2017
                             Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
```
db          +Benjamin K. Hall,   109 Ivans Lane,   Tarentum, PA 15084-3903
13769330    +Bank of America, N.A.,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14213710     Bank of America, N.A.,   PO BOX 31785,   Tampa FL 33631-3785
13687714    +Bank of America, N.A.,   7105 Corporate Drive PTX C35,   Plano TX 75024-4100
13704310     Comcast,   P.O. Box 3001,   Southeastern, PA 19398-3001
13704311    +Fawn-Frazier Joint Water Auth.,   326 Donnellville Road,   Natrona Heights, PA 15065-3015
13704313    +Glassmere Fuel Services,   P.O. Box 187,   Curtisville, PA 15032-0187
13687715    +KML Law Group, P.C.,   BNY Mellon Independence Center,   701 Market Street, Suite 5000,
              Philadelphia PA 19106-1541
13704314    +Richard S. Adamik,   142 Callen Road,   Sarver, PA 16055-1304
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13729536    +E-mail/Text: bncmail@w-legal.com Feb 23 2017 01:57:04     ALTAIR OH XIII, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13704312    +E-mail/Text: bankruptcy@firstenergycorp.com Feb 23 2017 01:56:59     First Energy,
              800 Cabin Hill Drive,   Greensburg, PA 15601-1650
13725448     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2017 01:56:34
              Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
              Harrisburg P A 17128-0946
                                                                                            TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
          Michael S. Geisler    on behalf of Debtor Benjamin K. Hall m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5
```