Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard M. Critchfield**
**Catherine M. Critchfield**
   Debtor(s)

Bankruptcy Case No.: 15–24397–GLT
Related to Docket No. 68
Chapter: 13
Docket No.: 73 – 55, 68
Concil. Conf.: March 16, 2017 at 01:00 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __2nd__ day of __March__, __2017__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail, Postage Prepaid.

on the respondent(s) at (list names and addresses here):

See attached pages.

Executed on __3/2/2017__    __/s/ Michael S. Geisler__
              (Date)                           (Signature)

MICHAEL S. GEISLER, ESQUIRE, 201 Penn Center Blvd., Suite 524, Pittsburgh, Pa 15235
_____
(Type Name and Mailing Address of Person Who Made Service)

RONDA J. WINNECOUR, TRUSTEE    (BY ELECTRONIC MEANS)
3250 U.S. Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE    (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Adnan K. Nassur, MD
9173 Route 30
Irwin, PA 15642

Allegheny Valley Credit Union
250 William Pitt Way
Pittsburgh, PA 15238

Bruce A. Matthews, DMD
1225 S. Main Street, Suite 106
Greensburg, PA 15601

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Capital One Bank
6125 Lakeview Road, Suite 800
Charlotte, NC 28269

CBCS
P.O. Box 2724
Columbus, OH 43216

CBCS
P.O. Box 69
Columbus, OH 43216

Columbia Gas
Bankruptcy Dept.
290 W. Nationwide Blvd., 5th Floor
Columbus, OH 43215-4157

Columbia Gas
c/o Alliance One Rec. Mgt., Inc
1684 Woodlands Dr., Suite 150
Maumee, OH 43537

Excela Health
532 W. Pittsburgh Street
Greensburg, PA 15601

Excela Health
520 Jefferson Avenue
Jeannette, PA 15644

FirstEnergy Corp.
1003 Broad Street, Suite 100
Johnstown, PA 15906-2445

Frick Hospital
134 Industrial Park Drive
Suite 2400
Greensburg, PA 15601

Jeannette Primary Care Group
c/o LCA Collections
P.O. Box 2240
Burlington, NC 27216-2240

Jeannette Primary Care Group
600 Jefferson Avenue
Jeannette, PA 15644

Jill M. Constantine, M.D.
601 Michigan Avenue
Jeannette, PA 15644

Laboratory Corp of America
P.O. Box 2240
Burlington, NC 27216-2240

Laboratory Corp of America
c/o American Medical Collection Agency
2269 S. Saw Mill River Road, Bldg. 3
Elmsford, NY 10523

Linda Harvey, Tax Collector
312 Sewickley Avenue
Herminie, PA 15637

LSF6 MRA Reo Trust
Caliber Home Loans Inc.
13801 Wireless Way
Oklahoma City OK 73134

M. Munir Zatoon, MD
1027 W. Main Street
Mt. Pleasant, PA 15666

Mario Hanyon, Esquire,                                  (BY ELECTRONIC MEANS)
Jeremy J. Kobeski, Esquire, and
Joseph P. Schalk, Esquire
Phelan, Hallinan, Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 302
Pittsburgh, PA 15219-4408

Margaret Gairo, Esquire
McCabe, Weisberg & Conway, P.C.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109

MedExpress Billing
P.O. Box 1400
Belfast, MD 04915

Medical Bureau
4227 Steubenville Pike
Pittsburgh, PA 15205

Municipal Auth. of Westmoreland Co.
P.O. Box 800
Greensburg, PA 15601

Oak Hill Dental
P.O. Box 425
Rillton PA 15678

Onyx
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

Professional X-Ray
585 Rugh Street, Suite 202
Greensburg, PA 15601

T.W. Phillips Gas and Oil Co.
c/o Peoples
375 North Shore Drive
Suite 600
Pittsburgh, PA 15212

The CIT Group Consumer Finance, Inc.
715 S. Metropolitan Ave., Suite 150
P.O. Box 24610
Oklahoma City, OK 73124-0610

Veolia
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094

Verizon Wireless
P.O. Box 3397
Bloomington, IL 61702

West Penn Power
5001 NASA Blvd.
Fairmont, WV 26554-8248

West Penn Power
P.O. Box 3615
Akron, OH 44308

Western Pa. Anes. Assoc., Ltd.
4815 Liberty Avenue
Pittsburgh, PA 15224

Westmoreland Center Internal Med.
501 W. Otterman Street, Suite B
Greensburg, PA 15601

Westmoreland County Tax Claim Bureau
406 Courthouse Square
Greensburg, PA 15601

Westmoreland Hospital
532 W. Pittsburgh, Street
Greensburg, PA 15601

Westmoreland Reg. Hospital
c/o Diversified Collections, Inc.
1165 Garden Street, P.O. Box 200
Greensburg, PA 15601

Westmoreland Sleep Med
c/o DME, Inc.
246 Pellis Road
Greensburg, PA 15601

Yough SD/Sewickley Twp.
c/o Central Tax Bureau of Pa., Inc.
212 State Street
Belle Vernon, PA 15012

Yough SD/Sewickley Twp.
c/o Berkheimer Tax Administrator
50 North 7th Street
Bangor, PA 18013-0912