Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Benjamin K. Hall**
   Debtor(s)

Bankruptcy Case No.: 13–23285–JAD
Doc. No. 162
Chapter: 13
Docket No.: 165 – 162
Concil. Conf.: April 13, 2017 at 11:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __5th__ day of __March__, __2017__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail, Postage prepaid.

on the respondent(s) at (list names and addresses here):

see attached pages.

Executed on __3/5/2017__         /s/ Michael S. Geisler
            (Date)                       (Signature)

MICHAEL S. GEISLER, ESQUIRE, 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235
_____
(Type Name and Mailing Address of Person Who Made Service)

| | |
|---|---|
| RONDA J. WINNECOUR, TRUSTEE<br>3250 USX Tower<br>Pittsburgh, PA 15219 | (BY ELECTRONIC MEANS) |
| OFFICE OF THE U.S. TRUSTEE<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | (BY ELECTRONIC MEANS) |

Altair Oh XIII, LLC
c/o Weinstein and Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.    (BY ELECTRONIC MEANS)
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Fawn-Frazier Joint Water Authority
326 Donnellsville Road
Natrona Heights, PA 15065-3015

First Energy
800 Cabin Hill Drive
Greensburg, PA 15601

Glassmere Fuel Services
P.O. Box 187
Curtisville, PA 15032-0187

Pennsylvania Department of Revenue
Bankruptcy Division
P O Box 280946
Harrisburg P A 17128-0946

Richard S. Adamik
142 Cullen Road
Sarver, PA 16055-1304