PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Authorized Agent for Bank of America, N.A.
FHAC.241-5569.NF

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| In Re | Bk. No. 13-23285-JAD |
|---|---|
| BENJAMIN K. HALL, | |
| Debtor. | WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE OF CLAIM NO. 3-2 |

Bank of America, N.A. hereby withdraws its Notice of Mortgage Payment Change of Claim #3-2, filed on December 8, 2017, with respect to the property described as **109 Ivans Lane, Tarentum, Pennsylvania 15084**, as the Escrow has been cancelled.

Dated: March 5, 2018          By /s/   Alexander Meissner
                                    Alexander Meissner
                                    Authorized Agent for Bank of America, N.A.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 3/6/18, I served the within WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE OF CLAIM NO. 3-2 on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Benjamin K. Hall
109 Ivans Lane
Tarentum, PA 15084
Debtor

Michael S. Geisler, Esquire
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Attorney for Debtor

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 3/6/18 at Woodland Hills, California.

/s/Roger Soria