**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BENJAMIN K. HALL <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:13-23285 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/04/2013 and confirmed on 10/31/2013. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 37,681.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,681.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 1,492.87 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,992.87 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| BANK OF AMERICA(*) <br> Acct: 6429 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA(*) <br> Acct: 6429 | 12,155.99 | 12,155.99 | 0.00 | 12,155.99 |
| BANK OF AMERICA NA** <br> Acct: 5794 | 0.00 | 20,532.14 | 0.00 | 20,532.14 |
| BANK OF AMERICA(*) <br> Acct: 6429 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 32,688.13 |
| Priority | | | | |
| MICHAEL S GEISLER ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BENJAMIN K. HALL <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ <br> Acct: | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ <br> Acct: | 1,025.00 | 1,000.00 | 0.00 | 0.00 |

| 13-23285 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| MICHAEL S GEISLER ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-16 | 4,065.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 1742 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: 5794 | 400.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| COMCAST*++<br>Acct: 2772 | 0.00 | 0.00 | 0.00 | 0.00 |
| FAWN-FRAZIER JT WATER AUTHORTY<br>Acct: 3324 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST ENERGY*<br>Acct: 7193 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLASSMERE FUEL SERVICE<br>Acct: 0138 | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD S ADAMIK TRUCKIN<br>Acct: 5109 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 1742 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALTAIR OH XIII LLC<br>Acct: 2382 | 832.23 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                             32,688.13

TOTAL CLAIMED
PRIORITY           400.00
SECURED         12,155.99
UNSECURED         832.23

Date: 06/20/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com